**No. 64524.**—Isbrandtsen Co. of Calif. and Arthur J. Fritz & Co. v. United States, protest 59/3979 (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of birch plywood, the claim of the plaintiffs was sustained.